**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) ) | Case No. **EDCV 10-00288 VAP**<br>EDCR 01-00018 VAP |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| PETER JAMES HOLLER, | ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant Peter James Holler's Motion for Relief Under 28 U.S.C. § 2255 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: July 6, 2011

VIRGINIA A. PHILLIPS
United States District Judge